AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JABARI LUCKETT,

Plaintiff,

v.

RANDALL CHAMBERS; GARRY MCCORD; and NAPOLEAN JONES,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-199

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated 7/21/21, Garry McCord's and Randall Chambers' motions for summary judgment are Granted. Therefore, Judgment is entered in favor of defendants McCord and Chambers and they are Dismissed from this civil action.

July 21, 2021

Date

John E. Triplett, Clerk of Court

Clerk

*James R. Burell* (signature)

(By) Deputy Clerk

GAS Rev 10/2020