```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF GEORGIA
                  AUGUSTA DIVISION
```

JABARI LUCKETT,                )
                               )
    Plaintiff-Appellee,        )
                               )
vs.                            )   Case No. CV 119-199
                               )
NAPOLEAN JONES,                )
                               )
    Defendant-Appellant.       )

O R D E R

The Order of this Court denying qualified immunity to Defendant Jones (Doc. 43) having been reversed and remanded with instructions to grant Defendant Jones' Motion for Summary Judgment by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Jones and **CLOSE** this case.

**SO ORDERED**, this _4th_ day of August, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA